UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| CRYSTAL D. CRAWFORD, | Case No.: 25-02970-5-JNC |
| Debtor. | |

**MOTION TO AMEND ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), by and through its undersigned attorneys, hereby moves this Court pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure, incorporating Rule 60(a) of the Federal Rules of Civil Procedure, and Local Rules 9013-1 and 9014-1, for entry of an Amended Order Granting Motion for Relief from Automatic Stay (the "Amended Order"), and in support thereof states as follows:

1. On June 3, 2026, this Court entered an Order Granting Motion for Relief from Automatic Stay (D.E. 37) (the "Original Order") granting Santander relief from the automatic stay with respect to one (1) 2020 Chevrolet Malibu, VIN: 1G1ZG5ST3LF148788 (the "Vehicle").

2. The Original Order contains certain errors and omissions that require correction. Specifically, the Original Order incorrectly characterizes the underlying agreement as a "Lease" when in fact the agreement between the parties is a Retail Installment Contract. A true and correct copy of the Retail Installment Sale Contract is attached to Santander's Motion for Relief from Automatic Stay (D.E. 30) as Exhibit "A."

3. Additionally, the Original Order omits a provision terminating the Co-Debtor stay under 11 U.S.C. § 1301(c)(2), which was requested in Santander's Motion, and omits a provision providing that the Court shall retain jurisdiction over the subject matter of the Order.

5. Rule 9024 of the Federal Rules of Bankruptcy Procedure incorporates Rule 60(a) of the Federal Rules of Civil Procedure, which authorizes a court to correct clerical mistakes and errors arising from oversight or omission in an order at any time. The corrections sought herein are appropriate under Rule 60(a) because they correct inaccuracies and supply omitted provisions that were part of the relief originally sought.

6. A copy of the proposed Amended Order is attached hereto as Exhibit "A" for the Court's consideration.

**WHEREFORE**, Santander respectfully requests that this Court enter the attached Amended Order Granting Motion for Relief from Automatic Stay and grant such other and further relief as the Court deems just and proper.

Dated: August 18, 2026

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Eudora F. S. Arthur*
EUDORA F. S. ARTHUR
N.C. State Bar. No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Motion to Amend Order on:

Crystal D. Crawford
100 Laura Lane
Goldsboro, NC 27530
*Debtor*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion to Amend Order was served by electronic means through the Court's CM/ECF service on:

Christopher Scott Kirk
*Attorney for Debtor*

Troy Staley
*Chapter 13 Trustee*

Brian C. Behr
*Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2026

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Eudora F. S. Arthur*
EUDORA F. S. ARTHUR
NC State Bar Number 59854
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| CRYSTAL D. CRAWFORD, | : | |
| | : | Case No.: 25-02970-5-JNC |
| Debtor. | : | |
| | : | |

**AMENDED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s Motion for Relief from Automatic Stay (the "Motion") and any objection to the Motion; and after due deliberation thereon; and good cause having been shown and found; it is, by the United States Bankruptcy Court for the Eastern District of North Carolina, hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 and the Co-Debtor Stay imposed by § 1301 is hereby terminated to permit Santander Bank, N.A., as servicer for Santander Consumer USA Inc. to exercise its rights and remedies under applicable non-bankruptcy law under the Retail Installment Contract executed by Debtor and Co-Debtor in favor of Santander Bank, N.A., as servicer for Santander Consumer USA Inc. in the principal amount of $21,507.03 for the financed purchase of one (1) 2020 CHEVROLE MALIBU, VIN No. 1G1ZG5ST3LF148788 (the "Vehicle") and in accordance with applicable state law; and it is further

**ORDERED**, that Santander Bank, N.A., as servicer for Santander Consumer USA Inc. is permitted to apply the proceeds of any disposition of the Vehicle to the outstanding indebtedness due and owing Santander Bank, N.A., as servicer for Santander Consumer USA Inc., including principal, interest, late fees, attorneys' fees, and costs as allowed by the loan and applicable law; and it is further

**ORDERED**, that upon disposition of the Vehicle, Santander Bank, N.A., as servicer for Santander Consumer USA Inc. must provide an explanation of any surplus to the trustee, the debtor's attorney, and the debtor within 14 days and send payment of such surplus to the trustee within 60 days, pending further order of the court regarding its distribution; and it is further

**ORDERED**, that Santander Bank, N.A., as servicer for Santander Consumer USA Inc. has 120 days for personal property from entry of the order granting the relief to file a deficiency claim, unless the court, for good cause shown by motion filed before the expiration of such period, extends the same; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the subject matter of this Order and to enforce the provisions set forth herein; and it is further

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**

**United States Bankruptcy Court**